IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JENNIFER CASTILLO AND ALAIN
SANCHEZ,

     Plaintiffs,

v.

GEOVERA SPECIALTY INSURANCE
COMPANY,

     Defendant.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE,** that Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, a Delaware corporation, hereby files, pursuant to 28 U.S.C.§ § 1441 and 1446, this Notice of Removal of this civil action to the UNITED STATES DISTRICT COURT for the Southern District of Florida from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  Removal is made pursuant to 28 U.S.C.§ 1332(a) on the basis of diversity of citizenship. The grounds for removal are stated as follows:

## INTRODUCTION/FACTUAL BACKGROUND

1.     On or about October 23, 2020, Plaintiffs Jenifer Castillo & Alain Sanchez filed the instant lawsuit in the Circuit Court of the Eleventh Judicial Circuit in and for  Miami-Dade County, Florida, styled *Jenifer Castillo & Alain Sanchez v. Geovera Specialty Insurance Company*, Case No. 2020-022950-CA-01 (hereinafter "State Court Action"). A copy of the complaint is attached hereto as Exhibit "A."

2.     Defendant, Geovera Specialty Insurance Company ("Geovera"), is a Delaware corporation. Therefore, Geovera is a citizen of the State of Delaware.

3.      In the Complaint, Plaintiff alleges that Geovera breached a homeowner's insurance

policy, by failing to make certain payments allegedly due and owing under the policy.

4.      Although not specifically alleged in their Complaint, Plaintiff has submitted an es-

timate totaling $61,416.83. The estimate is attached hereto as Exhibit "B." Plaintiffs are seeking

$100,000.00 inclusive of attorney's fees and costs at this time under Florida Statute § 627.428.

Correspondence dated December 14, 2020, is attached hereto as Exhibit "C."[1]

5.      Based upon the allegations in the complaint, as well as the additional materials and

estimate submitted to Geovera by Plaintiffs and/or their representatives, the amount in controversy

exceeds the sum of $75,000.00.

6.      While GeoVera was served with a copy of the Complaint on November 2, 2020,

counsel for the undersigned provided an estimate/informal settlement demand on December 14,

2020. Affidavit of Corporate Representative is attached hereto as Exhibit "D."  Therefore, this

Notice of Removal is being filed within thirty days of receipt by Geovera of information from

which it could first ascertain that the case is removable. 28 U.S.C. § 1446(b).

## GROUNDS FOR REMOVAL

8.      This Court has removal jurisdiction over Plaintiffs' claims under 28 U.S.C.§ 1332,

as the matter in controversy exceeds the sum of $75,000, and complete diversity exist between the

parties.

9.      "When a plaintiff files in state court a civil action over with the federal district

courts would have original jurisdiction based on diversity of citizenship, the Defendant may re-

move the action to federal court." *Caterpiller, Inc. v. Williams,* 519 U.S. 61, 68 (1996).

10.      In 2011, Congress passed the Federal Courts Jurisdiction and Venue Clarification

Act ("JVCA"), which "clarifies the procedure in order when a defendant's assertion of the amount

---

[1] Defendant disputes any entitled to fee's under Florida Statute § 627.428 as Defendant is a surplus line insurer and not subject to Fla. Stat. 627.428.

2

in controversy is challenged." *Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S.Ct. 547, 554 (2014). As a general rule under the JVCA, when removal is based upon diversity of citizenship jurisdiction, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2). However, as an exception to the rule, notices of removal may assert the amount in controversy of the initial pleadings seeks a money judgment, "but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded" and "the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)." *Id.* §§ 1446(c)(2)(A), (B).

11.    Notices of removal must plausibly allege the jurisdictional amount under 28 U.S.C. § 1332, not prove the amount. *Dart,* 135 S. Ct. at 554.

12.    Diversity of citizenship jurisdiction exists in this case because: (1) the parties are completely diverse; (2) upon information and belief, Plaintiffs are citizens of the State of Florida; (3) Geovera is a citizen of the State of Delaware; and (4) the amount in controversy exceeds $75,000.

13.    Additionally, Defendant's principal place of business is in Delaware. *Bel-Bell Intern Corp., v. Community Bank of Homestead,* 162 F. 3d 1101 (11th Cir. 1998). Whereas Plaintiff alleges that its principal address is *11521 NW 87th Pl, Hialeah, FL 33018. See* Paragraph 2 of Plaintiff's Complaint.

14.    In addition, although Plaintiffs' Complaint does not demand any particular sum, and Florida practice permits recovery in excess of the amount demanded in the Complaint. As noted above, Plaintiffs have submitted an estimate in the amount of $61,416.83, provided a meand of $100,000.00, and allege entitlement to "damages, costs, prejudgment interest, and attorney's fees pursuant to Florida Statute section. §627.428(1)." [Ex. A.].

15.     Furthermore, Plaintiffs also seek to recover attorney's fees under Florida Statute § 627.428.  Notwithstanding, Plaintiff's convention regarding entitlement, notably, the Eleventh Circuit has stated that "[w]hen a statute authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy."  *Morrison v. Allstate Indemnity Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000); *see Lutz v. Protective Life Ins. Co.*, 328 F. Supp. 2d 1350, 1356 (S.D. Fla. 2004)(providing that "[i]t seems likely that a 'reasonable amount' would include more than just those fees induced before removal").

16.     This Court encountered a similar factual scenario in *Katchmore Luhrs, LLC v. Allianz Global & Corporate Specialty,* 2016 U.S. LEXIS 58616, Case No. 15-23420 (S.D. Fla. May 3, 2016), wherein the Court stated as follows:

> In ascertaining whether a complaint's allegations support removal, the Court may make "reasonable deductions" and use "common sense" to determine if removal is proper. *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061 (11th Cir. 2010) ("Put simply, a district court need not suspend reality or shelve common sense in determining whether the face of a complaint establishes the jurisdictional amount") (internal quotations omitted). *See also Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001) (allowing district courts to consider whether it is "facially apparent" from a complaint that the amount in controversy is met). "[C]ourts may use their judicial experience and common sense in  determining whether the case stated in a complaint meets federal jurisdictional requirements." *Roe*, 613 F.3d at 1061.
> *Id.*at *7-8.

17.     In applying these principles, the Court concluded that any reasonable attorney's fee award would "easily exceed" the amount necessary to satisfy the amount in controversy requirement.  *Id.*

18.     Likewise, in the instant matter, any reasonable attorney's fee award would "easily exceed" the amount necessary to surpass the $75,000 jurisdictional threshold.  Moreover, the amount currently being demanded for attorney's fees and costs when added to the estimate comfortably surpasses this threshold.

19.     Indeed, in similar cases involving insurance coverage disputes, Florida courts have awarded reasonable attorney's fees under Section 627.428 that exceed six figures even when the

amount in controversy is relatively minimal. *See e.g. Fla. Peninsula v. Wagner*, 2D15-1152 (Fla. 2d DCA June 1, 2016)(reversing the trial court's award of a multiplier applied to a lodestar amount of $243,755 despite a verdict for damages under the policy in the amount of $71,123.79).

20.     Regardless, as stated above Plaintiffs have submitted a demand in the amount of $100,000.00 inclusive of attorney's fees and costs.

21.     The subject property is located at *11521 NW 87th Pl, Hialeah, FL 33018,* which is within the jurisdiction of the United States District Court for the Southern District of Florida. Accordingly, the District Court for the Southern District of Florida is the proper venue for this action pursuant to 28 U.S.C.§ 1391.

## <u>REMOVAL IS PROCEDURALLY PROPER</u>

22.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02, removal to the United States District Court for the Southern District of Florida is proper because this is the federal district court for the district and division embracing the place where the state court suit is pending.

23.     As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon Geovera are being filed with this Notice of Removal.

24.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiffs, and a copy of this Notice of Removal will be filed with the clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami Dade County, Florida, to affect the removal of this civil action.

25.     In filing this Notice of Removal, Geovera reserves any and all defenses, objections, and exceptions, including without limitation those relating to Plaintiffs' standing, Plaintiffs' failure to state a claim upon which relief can be granted, jurisdiction, venue and statutes of limitations.

**WHEREFORE**, Defendant GEOVERA SPECIALTY INSURANCE COMPANY, respectfully requests that the above action, captioned as <u>Jennifer Castillo & Alain Sanchez v. Geovera Specialty Insurance Company</u>, 11th Judicial Circuit Court, Miami-Dade County, Case No. 2020-022950-CA-01, be removed to this Court.

Respectfully submitted,

By:s/ *Haley L. Dison*
George A. Hooker, Esquire
Fla. Bar No.:  88276
Robert K. Guinn, Esquire
Fla. Bar No.: 85937
Haley L. Dison
Florida Bar No.:  1018529
Cole, Scott & Kissane, P.A.
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Telephone: (786) 268-6807
Facsimile: (305) 373-2294

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

CASE NO.: 2020-022950-CA-01

JENNIFER CASTILLO & ALAIN SANCHEZ,
Plaintiffs,

v.

GEOVERA SPECIALTY INSURANCE COMPANY,
Defendant.
_____/

## COMPLAINT

**COME NOW**, the Plaintiffs, JENNIFER CASTILLO & ALAIN SANCHEZ ("Plaintiffs"), by

and through undersigned counsel, hereby sues the Defendant, GEOVERA SPECIALTY

INSURANCE COMPANY ("Defendant"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1) This is an action for damages greater than the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest, costs, and attorney's fees, and otherwise within the jurisdictional limits of this Court.

2) At all times material hereto, Plaintiffs own property insured by Defendant, located at 11521 NW 87th Pl, Hialeah, FL 33018 (the "Property") and are residents of Miami-Dade County, Florida.

3) At all times material hereto, Defendant was and is an insurance corporation doing and/or transacting business in the County of this Court.

4) At all times material hereto, Defendant is a Florida corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and conducting business in Miami-Dade County, Florida.

5) Venue is proper in Miami-Dade County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Miami-Dade County, Florida. Furthermore, the Property, which is the subject matter of this lawsuit, is located in Miami-Dade County, Florida.



## GENERAL ALLEGATIONS

6)    At all times material hereto, for valuable consideration of a premium paid by the Plaintiffs, there was a valid insurance policy issued by Defendant, identified as policy number GC50015540 (the "Policy"). Plaintiffs will obtain a copy of the Policy from Defendant through the discovery process and such policy will be filed in support of this action at that time. See Equity Premium, Inc v Twin City Fire Ins. Co., 956 So. 2d 1257 (Fla. 4th DCA 2007).

7)    Plaintiffs paid all insurance premiums due and owing under the Policy at all relevant times herein.

8)    By issuing the Policy, Defendant agreed to provide insurance coverage to the Property for certain property loss.

9)    On or about September 10, 2017, while the Policy was in full force and effect, Hurricane Irma's intense wind and rain caused direct and physical damages to the Property, including the roof, exterior, interior, and personal property (the "Loss").

10)   Defendant was given timely notice of the Loss, assigned claim number 1724214342, and assigned an insurance adjuster to investigate the damages.

11)   Plaintiff protected the Property from further damage and made the Property available for inspection.

12)   Defendant failed to provide coverage or deny the Loss within ninety (90) days after receiving notice.

13)   Defendant failed to fully pay for Plaintiff's damages that are covered under the Policy.

14)   Plaintiff performed all post-loss obligations and conditions precedent to the filing of this lawsuit having occurred, been met, performed, or waived by Defendant.

## BREACH OF CONTRACT

15)   Plaintiffs incorporates by reference paragraphs 1 through 14 of this Complaint.

16)   Under the terms of the Policy, Defendant is liable to Plaintiffs for the total amount (within the policy limits) of the Loss, less any applicable deductible.

17)   The Plaintiffs sustained unpaid damages for a covered loss under Defendant's policy of insurance.

18)   The Defendant refuses to honor its contractual obligations and pay for the covered loss.

19)   That Plaintiffs has further had to retain the undersigned attorney and agreed to pay a reasonable fee for which the Defendant is liable under Fla. Stat. section 627.428(1), which reads, in relevant part:

> Upon the rendition of a judgment or decree by any of the courts of this state against an insurer and in favor of any named or omnibus insured or the named beneficiary under a policy or contract executed by the insurer, the trial court or, in the event of an appeal in which the insured or beneficiary prevails, the appellate court shall adjudge or decree against the insurer and in favor of the insured or beneficiary a reasonable sum as fees or compensation for the insured's or beneficiary's attorney prosecuting the suit in which the recovery is had.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for damages, costs, prejudgment interest, and attorney's fees pursuant to Florida Statute section 627.428(1).

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury upon all issues and all counts of the Complaint triable as a matter of right.

**DATED this October 23, 2020**

Respectfully submitted,

**BUCELO LAW GROUP**
*Attorneys for Plaintiffs*
6303 Blue Lagoon Drive
Suite 390
Miami, FL 33126
Phone: (305) 442-1942
Email: alb@bucelolawgroup.com

By: */s/ Alexander L. Bucelo*
Alexander L. Bucelo, Esq.
Florida Bar No.: 1008053

# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

Insured:  ALAIN SANCHEZ & JENNIFER CASTILLO
Property:  11521 NORTHWEST 87TH PLACE
HIALEAH GARDENS, FL 33018

Estimator:  GIL MARTIN

**Claim Number:** 1724214342         **Policy Number:** GC50015540         **Type of Loss:** Hurricane Irma

Date of Loss:  9/10/2017 12:00 AM         Date Received:
Date Inspected:                           Date Entered:  6/29/2020 12:00 AM

Price List:  FLMI8X_JUN20
             Restoration/Service/Remodel
Estimate:  SANCHEZ&CASTILLO

Exhibit B

# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### SANCHEZ&CASTILLO

### Main Level

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 713.00 | 0.00 | 213.90 | 926.90 | (0.00) | 926.90 |
| 2.  R&R Sheathing - plywood - 3/4" CDX | 190.00 SF | 2.74 | 13.43 | 160.22 | 694.25 | (0.00) | 694.25 |
| *Above line item to be placed under dumpster as to not damage driveway* | | | | | | | |
| 3.  Residential Supervision / Project Management - per hour | 32.00 HR | 62.50 | 0.00 | 600.00 | 2,600.00 | (0.00) | 2,600.00 |
| 4.  Architectural/Drafting fees (Bid Item) | 1.00 EA | 2,000.00 | 0.00 | 600.00 | 2,600.00 | (0.00) | 2,600.00 |
| 5.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 944.42 | 0.00 | 283.32 | 1,227.74 | (0.00) | 1,227.74 |
| **Totals:  Main Level** | | | **13.43** | **1,857.44** | **8,048.89** | **0.00** | **8,048.89** |

### Roof



### Roof1

1393.47  Surface Area                    13.93  Number of Squares
163.30  Total Perimeter Length          30.00  Total Ridge Length
17.42  Total Hip Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6.  Remove Patio Cover - Roof panels only - No load | 300.00 SF | 0.68 | 0.00 | 61.20 | 265.20 | (0.00) | 265.20 |
| 7.  Install Patio Cover - Roof panels only - No load | 300.00 SF | 2.24 | 0.00 | 201.60 | 873.60 | (0.00) | 873.60 |
| 8.  Remove Tile roofing - Clay - Barrel (mission) tile | 12.80 SQ | 198.23 | 0.00 | 761.20 | 3,298.54 | (0.00) | 3,298.54 |
| 9.  Tile roofing - Clay - Barrel (mission) tile | 14.72 SQ | 962.44 | 315.43 | 4,344.76 | 18,827.31 | (0.00) | 18,827.31 |
| 10.  Remove Roll roofing - hot mop application | 12.80 SQ | 71.19 | 0.00 | 273.36 | 1,184.59 | (0.00) | 1,184.59 |
| 11.  Roll roofing - hot mop application | 12.80 SQ | 224.68 | 61.74 | 881.30 | 3,818.94 | (0.00) | 3,818.94 |
| 12.  R&R Sheathing - plywood - 1/2" CDX | 400.00 SF | 2.15 | 19.32 | 263.80 | 1,143.12 | (0.00) | 1,143.12 |
| 13.  Re-nailing of roof sheathing - complete re-nail | 1,280.00 SF | 0.39 | 1.79 | 150.30 | 651.29 | (0.00) | 651.29 |
| 14.  R&R Ridge / Hip / Rake cap - tile roofing | 139.00 LF | 21.18 | 67.53 | 903.46 | 3,915.01 | (0.00) | 3,915.01 |
| 15.  R&R Drip edge | 154.00 LF | 3.77 | 8.84 | 176.84 | 766.26 | (0.00) | 766.26 |
| 16.  R&R Valley metal | 16.00 LF | 8.45 | 2.27 | 41.24 | 178.71 | (0.00) | 178.71 |
| 17.  R&R Fascia - 1" x 4" - #1 pine | 154.00 LF | 4.19 | 13.04 | 197.50 | 855.80 | (0.00) | 855.80 |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### CONTINUED - Roof1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18.  Prime & paint exterior fascia - wood, 4"- 6" wide | 154.00 LF | 1.60 | 1.72 | 74.44 | 322.56 | (0.00) | 322.56 |
| 19.  Bird stop - Eave closure strip for tile roofing - metal | 154.00 LF | 4.82 | 16.92 | 227.76 | 986.96 | (0.00) | 986.96 |
| 20.  R&R Flashing - pipe jack | 3.00 EA | 70.99 | 2.42 | 64.62 | 280.01 | (0.00) | 280.01 |
| 21.  Stucco / Ext. Plaster Repair - Min. Charge - Lab. and Mat. | 1.00 EA | 244.38 | 1.22 | 73.68 | 319.28 | (0.00) | 319.28 |
| 22.  Clean with pressure/chemical spray | 1,540.00 SF | 0.27 | 1.08 | 125.06 | 541.94 | (0.00) | 541.94 |
| 23.  Exterior - seal or prime then paint with two finish coats | 1,540.00 SF | 1.49 | 48.51 | 702.94 | 3,046.05 | (0.00) | 3,046.05 |
| 24.  Final cleaning - construction - Residential | 1,540.00 SF | 0.19 | 0.00 | 87.78 | 380.38 | (0.00) | 380.38 |
| **Totals:  Roof1** | | | **561.83** | **9,612.84** | **41,655.55** | **0.00** | **41,655.55** |
| **Total:  Roof** | | | **561.83** | **9,612.84** | **41,655.55** | **0.00** | **41,655.55** |

### Interior



| **Entry/Foyer** | | **Height: 8'** |
|---|---|---|
| 423.24  SF Walls | 237.85  SF Ceiling | |
| 661.09  SF Walls & Ceiling | 237.85  SF Floor | |
| 26.43  SY Flooring | 51.82  LF Floor Perimeter | |
| 58.32  LF Ceil. Perimeter | | |

| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into LIVING_ROOM** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' 6" X 6' 8"** | **Opens into HALLWAY** |

| **Subroom:  Bay (1)** | | **Height: 8'** |
|---|---|---|
| 61.74  SF Walls | 7.49  SF Ceiling | |
| 69.23  SF Walls & Ceiling | 7.49  SF Floor | |
| 0.83  SY Flooring | 7.72  LF Floor Perimeter | |
| 7.72  LF Ceil. Perimeter | | |

| **Missing Wall** | **5' 1/2" X 8'** | **Opens into ENTRY_FOYER** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25.  Contents - move out then reset | 1.00 EA | 44.68 | 0.00 | 13.40 | 58.08 | (0.00) | 58.08 |

SANCHEZ&CASTILLO

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### CONTINUED - Entry/Foyer

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26.  Floor protection - heavy paper and tape | 245.34 SF | 0.31 | 1.03 | 23.12 | 100.21 | (0.00) | 100.21 |
| 27.  Mask and prep for paint - plastic, paper, tape (per LF) | 66.04 LF | 1.32 | 1.20 | 26.52 | 114.89 | (0.00) | 114.89 |
| 28.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 32.93 | 0.00 | 9.88 | 42.81 | (0.00) | 42.81 |
| 29.  Outlet or switch - Detach & reset | 4.00 EA | 14.14 | 0.00 | 16.96 | 73.52 | (0.00) | 73.52 |
| 30.  Light fixture - Detach & reset | 1.00 EA | 39.41 | 0.00 | 11.82 | 51.23 | (0.00) | 51.23 |
| 31.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.13 | 0.00 | 3.94 | 17.07 | (0.00) | 17.07 |
| 32.  R&R Casing - 3 1/4" | 18.00 LF | 3.36 | 2.47 | 18.88 | 81.83 | (0.00) | 81.83 |
| 33.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 451.93 | 1.04 | 135.90 | 588.87 | (0.00) | 588.87 |
| 34.  Texture drywall - smooth / skim coat | 200.00 SF | 1.38 | 1.82 | 83.34 | 361.16 | (0.00) | 361.16 |
| 35.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 20.12 | 0.48 | 12.22 | 52.94 | (0.00) | 52.94 |
| 36.  Apply anti-microbial agent to the walls | 484.98 SF | 0.26 | 1.36 | 38.22 | 165.67 | (0.00) | 165.67 |
| 37.  Paint the walls - two coats | 484.98 SF | 0.94 | 8.49 | 139.30 | 603.67 | (0.00) | 603.67 |
| 38.  Seal the walls w/latex based stain blocker - two coats | 484.98 SF | 0.78 | 4.41 | 114.80 | 497.49 | (0.00) | 497.49 |
| 39.  General clean - up | 1.00 HR | 32.49 | 0.00 | 9.74 | 42.23 | (0.00) | 42.23 |
| **Totals:  Entry/Foyer** | | | **22.30** | **658.04** | **2,851.67** | **0.00** | **2,851.67** |



| **Hallway** | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 128.67 SF Walls | 19.50 SF Ceiling |
| 148.17 SF Walls & Ceiling | 19.50 SF Floor |
| 2.17 SY Flooring | 15.50 LF Floor Perimeter |
| 19.00 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | 3' 6" X 6' 8" | **Opens into ENTRY_FOYER** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40.  Contents - move out then reset | 1.00 EA | 44.68 | 0.00 | 13.40 | 58.08 | (0.00) | 58.08 |
| 41.  Floor protection - heavy paper and tape | 19.50 SF | 0.31 | 0.08 | 1.84 | 7.97 | (0.00) | 7.97 |
| 42.  Mask and prep for paint - plastic, paper, tape (per LF) | 19.00 LF | 1.32 | 0.35 | 7.62 | 33.05 | (0.00) | 33.05 |
| 43.  Paint door/window trim & jamb - 1 coat (per side) | 3.00 EA | 20.12 | 0.72 | 18.32 | 79.40 | (0.00) | 79.40 |
| 44.  Apply anti-microbial agent to the walls | 128.67 SF | 0.26 | 0.36 | 10.14 | 43.95 | (0.00) | 43.95 |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45.  Paint the walls - two coats | 128.67 SF | 0.94 | 2.25 | 36.96 | 160.16 | (0.00) | 160.16 |
| 46.  Seal the walls w/latex based stain blocker - two coats | 128.67 SF | 0.78 | 1.17 | 30.46 | 131.99 | (0.00) | 131.99 |
| 47.  General clean - up | 1.00 HR | 32.49 | 0.00 | 9.74 | 42.23 | (0.00) | 42.23 |
| **Totals:  Hallway** | | | **4.93** | **128.48** | **556.83** | **0.00** | **556.83** |



**Living Room**                                                                          **Height: 8'**

| | |
|---|---|
| 530.67  SF Walls | 269.00  SF Ceiling |
| 799.67  SF Walls & Ceiling | 269.00  SF Floor |
| 29.89  SY Flooring | 65.83  LF Floor Perimeter |
| 68.83  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | | | **Opens into ENTRY_FOYER** | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
| 48.  Contents - move out then reset | 1.00 EA | 44.68 | 0.00 | 13.40 | 58.08 | (0.00) | 58.08 |
| 49.  Floor protection - heavy paper and tape | 269.00 SF | 0.31 | 1.13 | 25.36 | 109.88 | (0.00) | 109.88 |
| 50.  Mask and prep for paint - plastic, paper, tape (per LF) | 68.83 LF | 1.32 | 1.25 | 27.64 | 119.75 | (0.00) | 119.75 |
| 51.  Outlet or switch - Detach & reset | 6.00 EA | 14.14 | 0.00 | 25.46 | 110.30 | (0.00) | 110.30 |
| 52.  Light fixture - Detach & reset | 2.00 EA | 39.41 | 0.00 | 23.64 | 102.46 | (0.00) | 102.46 |
| 53.  Smoke detector - Detach & reset | 1.00 EA | 38.17 | 0.00 | 11.46 | 49.63 | (0.00) | 49.63 |
| 54.  Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 13.13 | 0.00 | 7.88 | 34.14 | (0.00) | 34.14 |
| 55.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 451.93 | 1.04 | 135.90 | 588.87 | (0.00) | 588.87 |
| 56.  Texture drywall - smooth / skim coat | 150.00 SF | 1.38 | 1.37 | 62.52 | 270.89 | (0.00) | 270.89 |
| 57.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 20.12 | 0.48 | 12.22 | 52.94 | (0.00) | 52.94 |
| 58.  Apply anti-microbial agent to the walls | 530.67 SF | 0.26 | 1.49 | 41.84 | 181.30 | (0.00) | 181.30 |
| 59.  Paint the walls - two coats | 530.67 SF | 0.94 | 9.29 | 152.42 | 660.54 | (0.00) | 660.54 |
| 60.  Seal the walls w/latex based stain blocker - two coats | 530.67 SF | 0.78 | 4.83 | 125.62 | 544.37 | (0.00) | 544.37 |
| 61.  General clean - up | 1.00 HR | 32.49 | 0.00 | 9.74 | 42.23 | (0.00) | 42.23 |
| **Totals:  Living Room** | | | **20.88** | **675.10** | **2,925.38** | **0.00** | **2,925.38** |
| **Total:  Interior** | | | **48.11** | **1,461.62** | **6,333.88** | **0.00** | **6,333.88** |

SANCHEZ&CASTILLO

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Dust Control

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 62.  Negative air fan/Air scrubber (24 hr period) - No monit. | 6.00 DA | 70.00 | 0.00 | 126.00 | 546.00 | (0.00) | 546.00 |
| 63.  Add for HEPA filter (for negative air exhaust fan) | 2.00 EA | 188.77 | 24.50 | 120.62 | 522.66 | (0.00) | 522.66 |
| 64.  Equipment setup, take down, and monitoring (hourly charge) | 1.00 HR | 55.84 | 0.00 | 16.76 | 72.60 | (0.00) | 72.60 |
| 65.  Eye protection - plastic goggles - Disposable | 5.00 EA | 8.73 | 3.06 | 14.02 | 60.73 | (0.00) | 60.73 |
| 66.  Containment Barrier/Airlock/Decon. Chamber | 500.00 SF | 0.92 | 2.80 | 138.84 | 601.64 | (0.00) | 601.64 |
| 67.  Containment Barrier - tension post - per day | 6.00 DA | 3.30 | 0.00 | 5.94 | 25.74 | (0.00) | 25.74 |
| 68.  Peel & seal zipper | 2.00 EA | 13.37 | 1.30 | 8.42 | 36.46 | (0.00) | 36.46 |
| 69.  Cleaning - Labor Minimum | 1.00 EA | 81.21 | 0.00 | 24.36 | 105.57 | (0.00) | 105.57 |
| **Totals:  Dust Control** | | | **31.66** | **454.96** | **1,971.40** | **0.00** | **1,971.40** |

### Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 70.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 HR | 32.48 | 5.07 | 58.46 | 258.41 | (0.00) | 258.41 |
| 71.  Contents Evaluation and/or Supervisor/Admin - per hour | 6.00 HR | 58.08 | 0.00 | 104.54 | 453.02 | (0.00) | 453.02 |
| 72.  Moving van (16'-20') and equipment - per day | 1.00 EA | 148.83 | 0.00 | 44.64 | 193.47 | (0.00) | 193.47 |
| 73.  Off-site storage & insur. - climate controlled - per month | 500.00 SF | 1.85 | 24.05 | 277.50 | 1,226.55 | (0.00) | 1,226.55 |
| 74.  Bubble Wrap - Add-on cost for fragile items | 800.00 LF | 0.22 | 12.32 | 56.50 | 244.82 | (0.00) | 244.82 |
| 75.  Provide box & tape - large size | 20.00 EA | 3.76 | 1.95 | 22.56 | 99.71 | (0.00) | 99.71 |
| 76.  Provide box & tape - medium size | 15.00 EA | 2.83 | 1.11 | 12.74 | 56.30 | (0.00) | 56.30 |
| 77.  Provide furniture lightweight blanket/pad | 6.00 EA | 7.06 | 2.97 | 13.60 | 58.93 | (0.00) | 58.93 |
| 78.  Haul debris - per pickup truck load - including dump fees | 1.00 EA | 154.66 | 0.00 | 46.40 | 201.06 | (0.00) | 201.06 |
| **Totals:  Packout** | | | **47.47** | **636.94** | **2,792.27** | **0.00** | **2,792.27** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79.  Window treatment repair | 1.00 EA | 117.28 | 0.00 | 35.18 | 152.46 | (0.00) | 152.46 |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80.  Heat, vent, & air cond. labor minimum | 1.00 EA | 199.00 | 0.00 | 59.70 | 258.70 | (0.00) | 258.70 |
| 81.  Finish carpentry labor minimum | 1.00 EA | 156.68 | 0.00 | 47.00 | 203.68 | (0.00) | 203.68 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **141.88** | **614.84** | **0.00** | **614.84** |
| **Line Item Totals:  SANCHEZ&CASTILLO** | | | **702.50** | **14,165.68** | **61,416.83** | **0.00** | **61,416.83** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,144.31 | SF Walls | 533.84 | SF Ceiling | 1,678.15 | SF Walls and Ceiling |
| 533.84 | SF Floor | 59.32 | SY Flooring | 140.87 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 153.87 | LF Ceil. Perimeter |
| | | | | | |
| 533.84 | Floor Area | 579.86 | Total Area | 1,144.31 | Interior Wall Area |
| 1,510.94 | Exterior Wall Area | 120.87 | Exterior Perimeter of Walls | | |
| | | | | | |
| 1,393.47 | Surface Area | 13.93 | Number of Squares | 163.30 | Total Perimeter Length |
| 30.00 | Total Ridge Length | 17.42 | Total Hip Length | | |

**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 46,548.65 |
| Material Sales Tax | 670.32 |
| Subtotal | 47,218.97 |
| Overhead | 7,082.84 |
| Profit | 7,082.84 |
| Laundering Tax | 32.18 |
| **Replacement Cost Value** | **$61,416.83** |
| **Net Claim** | **$61,416.83** |

GIL MARTIN

SANCHEZ&CASTILLO                                    6/29/2020        Page: 8

# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 7,082.84 | 7,082.84 | 670.32 | 32.18 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **7,082.84** | **7,082.84** | **670.32** | **32.18** | **0.00** | **0.00** |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Recap by Room

**Estimate: SANCHEZ&CASTILLO**

| | | |
|---|---:|---:|
| **Main Level** | **6,178.02** | **13.27%** |
| **Area: Roof** | | |
| **Roof1** | **31,480.88** | **67.63%** |
| **Area Subtotal:  Roof** | **31,480.88** | **67.63%** |
| **Area: Interior** | | |
| **Entry/Foyer** | **2,171.33** | **4.66%** |
| **Hallway** | **423.42** | **0.91%** |
| **Living Room** | **2,229.40** | **4.79%** |
| **Area Subtotal:  Interior** | **4,824.15** | **10.36%** |
| **Dust Control** | **1,484.78** | **3.19%** |
| **Packout** | **2,107.86** | **4.53%** |
| **Labor Minimums Applied** | **472.96** | **1.02%** |
| **Subtotal of Areas** | **46,548.65** | **100.00%** |
| **Total** | **46,548.65** | **100.00%** |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| AWNINGS & PATIO COVERS | 672.00 | 1.09% |
| CONT: GARMENT & SOFT GOODS CLN | 1,237.53 | 2.01% |
| CLEANING | 887.08 | 1.44% |
| CONTENT MANIPULATION | 134.04 | 0.22% |
| CONT: PACKING,HANDLNG,STORAGE | 715.67 | 1.17% |
| GENERAL DEMOLITION | 6,003.34 | 9.77% |
| DRYWALL | 1,386.86 | 2.26% |
| ELECTRICAL | 179.57 | 0.29% |
| PERMITS AND FEES | 2,944.42 | 4.79% |
| FINISH CARPENTRY / TRIMWORK | 208.16 | 0.34% |
| FRAMING & ROUGH CARPENTRY | 1,014.10 | 1.65% |
| HAZARDOUS MATERIAL REMEDIATION | 927.73 | 1.51% |
| HEAT,  VENT & AIR CONDITIONING | 238.39 | 0.39% |
| LABOR ONLY | 2,000.00 | 3.26% |
| LIGHT FIXTURES | 118.23 | 0.19% |
| PAINTING | 4,853.17 | 7.90% |
| ROOFING | 21,265.98 | 34.63% |
| SOFFIT, FASCIA, & GUTTER | 594.44 | 0.97% |
| STUCCO & EXTERIOR PLASTER | 244.38 | 0.40% |
| WINDOW TREATMENT | 150.21 | 0.24% |
| WATER EXTRACTION & REMEDIATION | 773.35 | 1.26% |
| O&P Items Subtotal | 46,548.65 | 75.79% |
| Material Sales Tax | 670.32 | 1.09% |
| Overhead | 7,082.84 | 11.53% |
| Profit | 7,082.84 | 11.53% |
| Laundering Tax | 32.18 | 0.05% |
| Total | 61,416.83 | 100.00% |

**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

1   Main Level - 1-P1150449
Date Taken: 6/29/2020



2   Main Level - 2-P1150450
Date Taken: 6/29/2020

Front Elevation



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

3   Main Level - 3-P1150451
Date Taken: 6/29/2020

Left Elevation



4   Main Level - 4-P1150452
Date Taken: 6/29/2020

Left Elevation



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

5   Main Level - 5-P1150453
Date Taken: 6/29/2020

Right Elevation



6   Main Level - 6-P1150454
Date Taken: 6/29/2020

Rear Elevation



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

7   Roof/Roof1 - 7-P1150455
    Date Taken: 6/29/2020

    Overview of roof and all slopes



8   Roof/Roof1 - 8-P1150456
    Date Taken: 6/29/2020

    Overview of roof and all slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

9    Roof/Roof1 - 9-P1150457
Date Taken: 6/29/2020

Overview of roof and all slopes



10   Roof/Roof1 - 10-P1150458
Date Taken: 6/29/2020

Overview of roof and all slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

11   Roof/Roof1 - 11-P1150459
Date Taken: 6/29/2020

Overview of roof and all slopes



12   Roof/Roof1 - 12-P1150460
Date Taken: 6/29/2020

Overview of roof and all slopes



### FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

13   Roof/Roof1 - 13-P1150461
Date Taken: 6/29/2020

Pipe Jack



14   Roof/Roof1 - 14-P1150462
Date Taken: 6/29/2020

Pipe Jack



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

15   Roof/Roof1 - 15-P1150463
Date Taken: 6/29/2020

Pipe Jack



16   Roof/Roof1 - 16-P1150464
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

17   Roof/Roof1 - 17-P1150465
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



18   Roof/Roof1 - 18-P1150466
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

19   Roof/Roof1 - 19-P1150467
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



20   Roof/Roof1 - 20-P1150468
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

21   Roof/Roof1 - 21-P1150469
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



22   Roof/Roof1 - 22-P1150470
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

23   Roof/Roof1 - 23-P1150471
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



24   Roof/Roof1 - 24-P1150472
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

25   Roof/Roof1 - 25-P1150473
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



26   Roof/Roof1 - 26-P1150474
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

27   Roof/Roof1 - 27-P1150475
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



28   Roof/Roof1 - 28-P1150476
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

29   Roof/Roof1 - 29-P1150477
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



30   Roof/Roof1 - 30-P1150478
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

31   Roof/Roof1 - 31-P1150479
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



32   Roof/Roof1 - 32-P1150480
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

33   Roof/Roof1 - 33-P1150481
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



34   Roof/Roof1 - 34-P1150482
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



### FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

35   Roof/Roof1 - 35-P1150483
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



36   Roof/Roof1 - 36-P1150484
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

37   Roof/Roof1 - 37-P1150485
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



38   Roof/Roof1 - 38-P1150486
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

39   Roof/Roof1 - 39-P1150487
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



40   Roof/Roof1 - 40-P1150488
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

41  Roof/Roof1 - 41-P1150489
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



42  Roof/Roof1 - 42-P1150490
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

43   Roof/Roof1 - 43-P1150491

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



44   Roof/Roof1 - 44-P1150492

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

45   Roof/Roof1 - 45-P1150493
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



46   Roof/Roof1 - 46-P1150494
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

47   Roof/Roof1 - 47-P1150495

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



48   Roof/Roof1 - 48-P1150496

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

49    Roof/Roof1 - 49-P1150497
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



50    Roof/Roof1 - 50-P1150498
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

51   Roof/Roof1 - 51-P1150499
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



52   Roof/Roof1 - 52-P1150500
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

53   Roof/Roof1 - 53-P1150501
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



54   Roof/Roof1 - 54-P1150502
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

55   Interior/Entry/Foyer - 63-
     P1150511
     Date Taken: 6/29/2020



56   Interior/Entry/Foyer - 64-
     P1150512
     Date Taken: 6/29/2020

     Observed visible water damage to wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

57   Interior/Entry/Foyer - 69-
P1150517
Date Taken: 6/29/2020

Observed high moisture reading on
wall



58   Interior/Entry/Foyer - 70-
P1150518
Date Taken: 6/29/2020

Observed high moisture reading on
wall



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

59   Interior/Entry/Foyer - 71-
     P1150519
     Date Taken: 6/29/2020

     Observed high moisture reading on
     wall



60   Interior/Entry/Foyer - 72-
     P1150520
     Date Taken: 6/29/2020

     Observed high moisture reading on
     wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

61   Interior/Entry/Foyer - 74-
P1150522
Date Taken: 6/29/2020

Observed high moisture reading on
wall



62   Interior/Entry/Foyer - 75-
P1150523
Date Taken: 6/29/2020

Observed high moisture reading on
wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

63   Interior/Entry/Foyer - 76-
P1150524
Date Taken: 6/29/2020



64   Interior/Hallway - 86-P1150534
Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

65   Interior/Hallway - 87-P1150535
     Date Taken: 6/29/2020



66   Interior/Hallway - 88-P1150536
     Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

67   Interior/Hallway - 89-P1150537
Date Taken: 6/29/2020



68   Interior/Living Room - 77-
P1150525
Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

69   Interior/Living Room - 78-
      P1150526
      Date Taken: 6/29/2020



70   Interior/Living Room - 79-
      P1150527
      Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

71  Interior/Living Room - 82-
    P1150530
    Date Taken: 6/29/2020

    Observed visible water damage to wall



72  Interior/Living Room - 83-
    P1150531
    Date Taken: 6/29/2020

    Observed visible water damage to wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

73    Interior/Living Room - 84-
      P1150532
      Date Taken: 6/29/2020

      Observed high moisture reading on
      wall





Entry/Foyer

Hallway

Living Room



N

SANCHEZ&CASTILLO



F1(A)

Roof1

F2(B)

Roof2



N

Roof

**Laura Melendez**

**Subject:**      Jennifer Castillo & Alain Sanchez v. Geovera Specialty Insurance Company) CSK File:  0260.0055-00:
**Attachments:**      172421342 Castillo D&R Estimate.pdf; 1724214342 Castillo Estimate.pdf; 1724214342 Castillo R&R
estimate.pdf; SANCHEZ&CASTILLO_CASTILLO_EST..pdf

**From:** Alexander Luis Bucelo <alb@bucelolawgroup.com>
**Sent:** Monday, December 14, 2020 12:13 PM
**To:** Haley Dison <Haley.Dison@csklegal.com>
**Cc:** Rachel Peraza <rp@bucelolawgroup.com>
**Subject:** Jennifer Castillo & Alain Sanchez v. Geovera Specialty Insurance Company) CSK File: 0260.0055-00:

**[CAUTION: EXTERNAL EMAIL]**

Good afternoon Haley,

It was a pleasure speaking with you just now. As per our conversation, please find our initial demand with supporting documentation attached. I will leave this offer open for 14 days.

Please feel free to contact me if you wish to further discuss.

Initial Demand: 100,000.00 (inclusive of attorney's fees and cost)

Thank you and I look forward to resolving this matter.

**ALEXANDER LUIS BUCELO, ESQ.**
Bucelo Law Group
Partner
6303 Blue Lagoon Drive, Suite 390
Miami, Florida  33126
Phone: 305-442-1942
Facsimile: 786-472-9295
ALB@BUCELOLAWGROUP.com

STATEMENT OF CONFIDENTIALITY AND PRIVILEGE
The information contained in this e-mail communication may be confidential and privileged. It is intended only for the use of the individual or entity identified. If you are not the intended recipient, please do not disseminate, distribute, or copy. Instead, please notify us at 305-442-1942 and immediately delete this message.


Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Jennifer Castillo and Alain
Sanchez

       Plaintiffs,

v.

GeoVera Specialty Insurance Company

       Defendant.

_____/

**<u>AFFIDAVIT OF JAMES PERFETTI</u>**

      BEFORE ME personally appeared James Perfetti, who, after being duly sworn, deposes and says:

      1.      My name is James Perfetti, and I am over the age of eighteen years and otherwise *sui juris*.

      2.      I have personal knowledge regarding the facts contained in this affidavit.

      3.      I am employed as a Property Claims Supervisor by GeoVera, and I am the corporate representative assigned to the subject claim.  In this capacity, I am familiar with the subject claim file.

      4.      GeoVera issued Policy No. GC50015540 to Jennifer Castillo and Alain Sanchez, which provided certain coverages to the property located at 11521 NW 87th PL, Hialeah Gardens, FL 33018, subject to the policy's terms, limitations, exclusions, endorsements, conditions, etc. therein, for the policy period of July 16, 2017 through July 16, 2018.

      5.      On or about June 4, 2020, the insured reported damage as the result of Hurricane Irma at the subject property, which was alleged to have occurred on or about September 10, 2017. The claim was assigned claim number 1724214342.

Exhibit D

6.    I authorized my counsel to reach out and solicit a demand and supporting documentation from Plaintiffs' counsel, Plaintiffs' counsel provided an informal settlement demand with an estimate from a public adjuster as supporting evidence. See correspondence attached hereto as Exhibit D-1, Estimate attached as Exhibit D-2.

7. The following business records attached to this affidavit and referenced in this Notice of Removal were made or received at or near the time of the occurrence of the matter set forth, by or from information transmitted by, a person having knowledge of these matters; were kept in the course of regularly conducted business activity.

> Exhibit D-1 Correspondence from Plaintiff's Counsel
>
> Exhibit D-2 Plaintiffs' Public Adjuster Estimate

**FURTHER AFFIANT SAYETH NOT.**

_____
Signature

_James Puletti_
Print Name

STATE OF _California_ )
COUNTY OF _San Francisco_ )

Sworn to and subscribed before me this _5th_ day of _January_ , 2021, by
_James Puletti_ .

_____
NOTARY PUBLIC, State of _California_

My Commission Expires: _11/16/2022_

BRETT WILLIAM MCCARTY
Notary Public - California
San Francisco County
Commission # 2263405
My Comm. Expires Nov 16, 2022

Personally known _____ OR Produced identification _Driver License_
Type of identification produced _____ _PA DL_ _____

The above statements are true, accurate and correct.

2

**Laura Melendez**

---

**Subject:**      Jennifer Castillo & Alain Sanchez v. Geovera Specialty Insurance Company) CSK File:  0260.0055-00:
**Attachments:**  172421342 Castillo D&R Estimate.pdf; 1724214342 Castillo Estimate.pdf; 1724214342 Castillo R&R
                  estimate.pdf; SANCHEZ&CASTILLO_CASTILLO_EST..pdf

**From:** Alexander Luis Bucelo <alb@bucelolawgroup.com>
**Sent:** Monday, December 14, 2020 12:13 PM
**To:** Haley Dison <Haley.Dison@csklegal.com>
**Cc:** Rachel Peraza <rp@bucelolawgroup.com>
**Subject:** Jennifer Castillo & Alain Sanchez v. Geovera Specialty Insurance Company) CSK File: 0260.0055-00:

**[CAUTION: EXTERNAL EMAIL]**

---

Good afternoon Haley,

It was a pleasure speaking with you just now. As per our conversation, please find our initial demand with supporting documentation attached. I will leave this offer open for 14 days.

Please feel free to contact me if you wish to further discuss.

Initial Demand: 100,000.00 (inclusive of attorney's fees and cost)

Thank you and I look forward to resolving this matter.

**ALEXANDER LUIS BUCELO, ESQ.**
Bucelo Law Group
Partner
6303 Blue Lagoon Drive, Suite 390
Miami, Florida  33126
Phone: 305-442-1942
Facsimile: 786-472-9295
ALB@BUCELOLAWGROUP.com

STATEMENT OF CONFIDENTIALITY AND PRIVILEGE
The information contained in this e-mail communication may be confidential and privileged. It is intended only for the use of the individual or entity identified. If you are not the intended recipient, please do not disseminate, distribute, or copy. Instead, please notify us at 305-442-1942 and immediately delete this message.

Exhibit D-1

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

| | |
|---|---|
| Insured: | ALAIN SANCHEZ & JENNIFER CASTILLO |
| Property: | 11521 NORTHWEST 87TH PLACE |
| | HIALEAH GARDENS, FL 33018 |

Estimator:   GIL MARTIN

**Claim Number:** 1724214342          **Policy Number:** GC50015540          **Type of Loss:** Hurricane Irma

| | | | |
|---|---|---|---|
| Date of Loss: | 9/10/2017 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 6/29/2020 12:00 AM |

| | |
|---|---|
| Price List: | FLMI8X_JUN20 |
| | Restoration/Service/Remodel |
| Estimate: | SANCHEZ&CASTILLO |

Exhibit D-2

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### SANCHEZ&CASTILLO

### Main Level

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 713.00 | 0.00 | 213.90 | 926.90 | (0.00) | 926.90 |
| 2.  R&R Sheathing - plywood - 3/4" CDX | 190.00 SF | 2.74 | 13.43 | 160.22 | 694.25 | (0.00) | 694.25 |
| *Above line item to be placed under dumpster as to not damage driveway* | | | | | | | |
| 3.  Residential Supervision / Project Management - per hour | 32.00 HR | 62.50 | 0.00 | 600.00 | 2,600.00 | (0.00) | 2,600.00 |
| 4.  Architectural/Drafting fees (Bid Item) | 1.00 EA | 2,000.00 | 0.00 | 600.00 | 2,600.00 | (0.00) | 2,600.00 |
| 5.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 944.42 | 0.00 | 283.32 | 1,227.74 | (0.00) | 1,227.74 |
| **Totals:  Main Level** | | | **13.43** | **1,857.44** | **8,048.89** | **0.00** | **8,048.89** |

### Roof

### Roof1



| | | |
|---|---|---|
| 1393.47 Surface Area | | 13.93 Number of Squares |
| 163.30 Total Perimeter Length | | 30.00 Total Ridge Length |
| 17.42 Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6.  Remove Patio Cover - Roof panels only - No load | 300.00 SF | 0.68 | 0.00 | 61.20 | 265.20 | (0.00) | 265.20 |
| 7.  Install Patio Cover - Roof panels only - No load | 300.00 SF | 2.24 | 0.00 | 201.60 | 873.60 | (0.00) | 873.60 |
| 8.  Remove Tile roofing - Clay - Barrel (mission) tile | 12.80 SQ | 198.23 | 0.00 | 761.20 | 3,298.54 | (0.00) | 3,298.54 |
| 9.  Tile roofing - Clay - Barrel (mission) tile | 14.72 SQ | 962.44 | 315.43 | 4,344.76 | 18,827.31 | (0.00) | 18,827.31 |
| 10.  Remove Roll roofing - hot mop application | 12.80 SQ | 71.19 | 0.00 | 273.36 | 1,184.59 | (0.00) | 1,184.59 |
| 11.  Roll roofing - hot mop application | 12.80 SQ | 224.68 | 61.74 | 881.30 | 3,818.94 | (0.00) | 3,818.94 |
| 12.  R&R Sheathing - plywood - 1/2" CDX | 400.00 SF | 2.15 | 19.32 | 263.80 | 1,143.12 | (0.00) | 1,143.12 |
| 13.  Re-nailing of roof sheathing - complete re-nail | 1,280.00 SF | 0.39 | 1.79 | 150.30 | 651.29 | (0.00) | 651.29 |
| 14.  R&R Ridge / Hip / Rake cap - tile roofing | 139.00 LF | 21.18 | 67.53 | 903.46 | 3,915.01 | (0.00) | 3,915.01 |
| 15.  R&R Drip edge | 154.00 LF | 3.77 | 8.84 | 176.84 | 766.26 | (0.00) | 766.26 |
| 16.  R&R Valley metal | 16.00 LF | 8.45 | 2.27 | 41.24 | 178.71 | (0.00) | 178.71 |
| 17.  R&R Fascia - 1" x 4" - #1 pine | 154.00 LF | 4.19 | 13.04 | 197.50 | 855.80 | (0.00) | 855.80 |

SANCHEZ&CASTILLO

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### CONTINUED - Roof1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18.  Prime & paint exterior fascia - wood, 4"- 6" wide | 154.00 LF | 1.60 | 1.72 | 74.44 | 322.56 | (0.00) | 322.56 |
| 19.  Bird stop - Eave closure strip for tile roofing - metal | 154.00 LF | 4.82 | 16.92 | 227.76 | 986.96 | (0.00) | 986.96 |
| 20.  R&R Flashing - pipe jack | 3.00 EA | 70.99 | 2.42 | 64.62 | 280.01 | (0.00) | 280.01 |
| 21.  Stucco / Ext. Plaster Repair - Min. Charge - Lab. and Mat. | 1.00 EA | 244.38 | 1.22 | 73.68 | 319.28 | (0.00) | 319.28 |
| 22.  Clean with pressure/chemical spray | 1,540.00 SF | 0.27 | 1.08 | 125.06 | 541.94 | (0.00) | 541.94 |
| 23.  Exterior - seal or prime then paint with two finish coats | 1,540.00 SF | 1.49 | 48.51 | 702.94 | 3,046.05 | (0.00) | 3,046.05 |
| 24.  Final cleaning - construction - Residential | 1,540.00 SF | 0.19 | 0.00 | 87.78 | 380.38 | (0.00) | 380.38 |
| **Totals:  Roof1** | | | 561.83 | 9,612.84 | 41,655.55 | 0.00 | 41,655.55 |
| **Total:  Roof** | | | 561.83 | 9,612.84 | 41,655.55 | 0.00 | 41,655.55 |

### Interior

| Entry/Foyer | | Height: 8' |
|---|---|---|



| | |
|---|---|
| 423.24  SF Walls | 237.85  SF Ceiling |
| 661.09  SF Walls & Ceiling | 237.85  SF Floor |
| 26.43  SY Flooring | 51.82  LF Floor Perimeter |
| 58.32  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | 3' X 6' 8" | **Opens into LIVING_ROOM** |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 6" X 6' 8" | **Opens into HALLWAY** |

| Subroom:  Bay (1) | | Height: 8' |
|---|---|---|

| | |
|---|---|
| 61.74  SF Walls | 7.49  SF Ceiling |
| 69.23  SF Walls & Ceiling | 7.49  SF Floor |
| 0.83  SY Flooring | 7.72  LF Floor Perimeter |
| 7.72  LF Ceil. Perimeter | |

| **Missing Wall** | 5' 1/2" X 8' | **Opens into ENTRY_FOYER** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 25.  Contents - move out then reset | 1.00 EA | 44.68 | 0.00 | 13.40 | 58.08 | (0.00) | 58.08 |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### CONTINUED - Entry/Foyer

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26.  Floor protection - heavy paper and tape | 245.34 SF | 0.31 | 1.03 | 23.12 | 100.21 | (0.00) | 100.21 |
| 27.  Mask and prep for paint - plastic, paper, tape (per LF) | 66.04 LF | 1.32 | 1.20 | 26.52 | 114.89 | (0.00) | 114.89 |
| 28.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 32.93 | 0.00 | 9.88 | 42.81 | (0.00) | 42.81 |
| 29.  Outlet or switch - Detach & reset | 4.00 EA | 14.14 | 0.00 | 16.96 | 73.52 | (0.00) | 73.52 |
| 30.  Light fixture - Detach & reset | 1.00 EA | 39.41 | 0.00 | 11.82 | 51.23 | (0.00) | 51.23 |
| 31.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 13.13 | 0.00 | 3.94 | 17.07 | (0.00) | 17.07 |
| 32.  R&R Casing - 3 1/4" | 18.00 LF | 3.36 | 2.47 | 18.88 | 81.83 | (0.00) | 81.83 |
| 33.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 451.93 | 1.04 | 135.90 | 588.87 | (0.00) | 588.87 |
| 34.  Texture drywall - smooth / skim coat | 200.00 SF | 1.38 | 1.82 | 83.34 | 361.16 | (0.00) | 361.16 |
| 35.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 20.12 | 0.48 | 12.22 | 52.94 | (0.00) | 52.94 |
| 36.  Apply anti-microbial agent to the walls | 484.98 SF | 0.26 | 1.36 | 38.22 | 165.67 | (0.00) | 165.67 |
| 37.  Paint the walls - two coats | 484.98 SF | 0.94 | 8.49 | 139.30 | 603.67 | (0.00) | 603.67 |
| 38.  Seal the walls w/latex based stain blocker - two coats | 484.98 SF | 0.78 | 4.41 | 114.80 | 497.49 | (0.00) | 497.49 |
| 39.  General clean - up | 1.00 HR | 32.49 | 0.00 | 9.74 | 42.23 | (0.00) | 42.23 |
| **Totals:  Entry/Foyer** | | | **22.30** | **658.04** | **2,851.67** | **0.00** | **2,851.67** |



**Hallway**                                                                       **Height: 8'**

| | |
|---|---|
| 128.67 SF Walls | 19.50 SF Ceiling |
| 148.17 SF Walls & Ceiling | 19.50 SF Floor |
| 2.17 SY Flooring | 15.50 LF Floor Perimeter |
| 19.00 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**           **3' 6" X 6' 8"**           **Opens into ENTRY_FOYER**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40.  Contents - move out then reset | 1.00 EA | 44.68 | 0.00 | 13.40 | 58.08 | (0.00) | 58.08 |
| 41.  Floor protection - heavy paper and tape | 19.50 SF | 0.31 | 0.08 | 1.84 | 7.97 | (0.00) | 7.97 |
| 42.  Mask and prep for paint - plastic, paper, tape (per LF) | 19.00 LF | 1.32 | 0.35 | 7.62 | 33.05 | (0.00) | 33.05 |
| 43.  Paint door/window trim & jamb - 1 coat (per side) | 3.00 EA | 20.12 | 0.72 | 18.32 | 79.40 | (0.00) | 79.40 |
| 44.  Apply anti-microbial agent to the walls | 128.67 SF | 0.26 | 0.36 | 10.14 | 43.95 | (0.00) | 43.95 |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### CONTINUED - Hallway

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45.  Paint the walls - two coats | 128.67 SF | 0.94 | 2.25 | 36.96 | 160.16 | (0.00) | 160.16 |
| 46.  Seal the walls w/latex based stain blocker - two coats | 128.67 SF | 0.78 | 1.17 | 30.46 | 131.99 | (0.00) | 131.99 |
| 47.  General clean - up | 1.00 HR | 32.49 | 0.00 | 9.74 | 42.23 | (0.00) | 42.23 |
| **Totals:  Hallway** | | | **4.93** | **128.48** | **556.83** | **0.00** | **556.83** |



| **Living Room** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| 530.67  SF Walls | 269.00  SF Ceiling |
| 799.67  SF Walls & Ceiling | 269.00  SF Floor |
| 29.89  SY Flooring | 65.83  LF Floor Perimeter |
| 68.83  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | | 3' X 6' 8'' | | **Opens into ENTRY_FOYER** | | | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 48.  Contents - move out then reset | 1.00 EA | 44.68 | 0.00 | 13.40 | 58.08 | (0.00) | 58.08 |
| 49.  Floor protection - heavy paper and tape | 269.00 SF | 0.31 | 1.13 | 25.36 | 109.88 | (0.00) | 109.88 |
| 50.  Mask and prep for paint - plastic, paper, tape (per LF) | 68.83 LF | 1.32 | 1.25 | 27.64 | 119.75 | (0.00) | 119.75 |
| 51.  Outlet or switch - Detach & reset | 6.00 EA | 14.14 | 0.00 | 25.46 | 110.30 | (0.00) | 110.30 |
| 52.  Light fixture - Detach & reset | 2.00 EA | 39.41 | 0.00 | 23.64 | 102.46 | (0.00) | 102.46 |
| 53.  Smoke detector - Detach & reset | 1.00 EA | 38.17 | 0.00 | 11.46 | 49.63 | (0.00) | 49.63 |
| 54.  Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 13.13 | 0.00 | 7.88 | 34.14 | (0.00) | 34.14 |
| 55.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 451.93 | 1.04 | 135.90 | 588.87 | (0.00) | 588.87 |
| 56.  Texture drywall - smooth / skim coat | 150.00 SF | 1.38 | 1.37 | 62.52 | 270.89 | (0.00) | 270.89 |
| 57.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 20.12 | 0.48 | 12.22 | 52.94 | (0.00) | 52.94 |
| 58.  Apply anti-microbial agent to the walls | 530.67 SF | 0.26 | 1.49 | 41.84 | 181.30 | (0.00) | 181.30 |
| 59.  Paint the walls - two coats | 530.67 SF | 0.94 | 9.29 | 152.42 | 660.54 | (0.00) | 660.54 |
| 60.  Seal the walls w/latex based stain blocker - two coats | 530.67 SF | 0.78 | 4.83 | 125.62 | 544.37 | (0.00) | 544.37 |
| 61.  General clean - up | 1.00 HR | 32.49 | 0.00 | 9.74 | 42.23 | (0.00) | 42.23 |
| **Totals:  Living Room** | | | **20.88** | **675.10** | **2,925.38** | **0.00** | **2,925.38** |
| **Total:  Interior** | | | **48.11** | **1,461.62** | **6,333.88** | **0.00** | **6,333.88** |

SANCHEZ&CASTILLO

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Dust Control

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 62.  Negative air fan/Air scrubber (24 hr period) - No monit. | 6.00 DA | 70.00 | 0.00 | 126.00 | 546.00 | (0.00) | 546.00 |
| 63.  Add for HEPA filter (for negative air exhaust fan) | 2.00 EA | 188.77 | 24.50 | 120.62 | 522.66 | (0.00) | 522.66 |
| 64.  Equipment setup, take down, and monitoring (hourly charge) | 1.00 HR | 55.84 | 0.00 | 16.76 | 72.60 | (0.00) | 72.60 |
| 65.  Eye protection - plastic goggles - Disposable | 5.00 EA | 8.73 | 3.06 | 14.02 | 60.73 | (0.00) | 60.73 |
| 66.  Containment Barrier/Airlock/Decon. Chamber | 500.00 SF | 0.92 | 2.80 | 138.84 | 601.64 | (0.00) | 601.64 |
| 67.  Containment Barrier - tension post - per day | 6.00 DA | 3.30 | 0.00 | 5.94 | 25.74 | (0.00) | 25.74 |
| 68.  Peel & seal zipper | 2.00 EA | 13.37 | 1.30 | 8.42 | 36.46 | (0.00) | 36.46 |
| 69.  Cleaning - Labor Minimum | 1.00 EA | 81.21 | 0.00 | 24.36 | 105.57 | (0.00) | 105.57 |
| **Totals:  Dust Control** | | | **31.66** | **454.96** | **1,971.40** | **0.00** | **1,971.40** |

### Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 70.  On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 6.00 HR | 32.48 | 5.07 | 58.46 | 258.41 | (0.00) | 258.41 |
| 71.  Contents Evaluation and/or Supervisor/Admin - per hour | 6.00 HR | 58.08 | 0.00 | 104.54 | 453.02 | (0.00) | 453.02 |
| 72.  Moving van (16'-20') and equipment - per day | 1.00 EA | 148.83 | 0.00 | 44.64 | 193.47 | (0.00) | 193.47 |
| 73.  Off-site storage & insur. - climate controlled - per month | 500.00 SF | 1.85 | 24.05 | 277.50 | 1,226.55 | (0.00) | 1,226.55 |
| 74.  Bubble Wrap - Add-on cost for fragile items | 800.00 LF | 0.22 | 12.32 | 56.50 | 244.82 | (0.00) | 244.82 |
| 75.  Provide box & tape - large size | 20.00 EA | 3.76 | 1.95 | 22.56 | 99.71 | (0.00) | 99.71 |
| 76.  Provide box & tape - medium size | 15.00 EA | 2.83 | 1.11 | 12.74 | 56.30 | (0.00) | 56.30 |
| 77.  Provide furniture lightweight blanket/pad | 6.00 EA | 7.06 | 2.97 | 13.60 | 58.93 | (0.00) | 58.93 |
| 78.  Haul debris - per pickup truck load - including dump fees | 1.00 EA | 154.66 | 0.00 | 46.40 | 201.06 | (0.00) | 201.06 |
| **Totals:  Packout** | | | **47.47** | **636.94** | **2,792.27** | **0.00** | **2,792.27** |

## Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79.  Window treatment repair | 1.00 EA | 117.28 | 0.00 | 35.18 | 152.46 | (0.00) | 152.46 |

SANCHEZ&CASTILLO

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80.  Heat, vent, & air cond. labor minimum | 1.00 EA | 199.00 | 0.00 | 59.70 | 258.70 | (0.00) | 258.70 |
| 81.  Finish carpentry labor minimum | 1.00 EA | 156.68 | 0.00 | 47.00 | 203.68 | (0.00) | 203.68 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **141.88** | **614.84** | **0.00** | **614.84** |
| **Line Item Totals:  SANCHEZ&CASTILLO** | | | **702.50** | **14,165.68** | **61,416.83** | **0.00** | **61,416.83** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,144.31 | SF Walls | 533.84 | SF Ceiling | 1,678.15 | SF Walls and Ceiling |
| 533.84 | SF Floor | 59.32 | SY Flooring | 140.87 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 153.87 | LF Ceil. Perimeter |
| | | | | | |
| 533.84 | Floor Area | 579.86 | Total Area | 1,144.31 | Interior Wall Area |
| 1,510.94 | Exterior Wall Area | 120.87 | Exterior Perimeter of Walls | | |
| | | | | | |
| 1,393.47 | Surface Area | 13.93 | Number of Squares | 163.30 | Total Perimeter Length |
| 30.00 | Total Ridge Length | 17.42 | Total Hip Length | | |

SANCHEZ&CASTILLO

**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 46,548.65 |
| Material Sales Tax | 670.32 |
| Subtotal | 47,218.97 |
| Overhead | 7,082.84 |
| Profit | 7,082.84 |
| Laundering Tax | 32.18 |
| **Replacement Cost Value** | **$61,416.83** |
| **Net Claim** | **$61,416.83** |

GIL MARTIN

SANCHEZ&CASTILLO

6/29/2020          Page: 8

# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 7,082.84 | 7,082.84 | 670.32 | 32.18 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **7,082.84** | **7,082.84** | **670.32** | **32.18** | **0.00** | **0.00** |

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Recap by Room

**Estimate: SANCHEZ&CASTILLO**

| | | |
|---|---:|---:|
| Main Level | 6,178.02 | 13.27% |
| **Area: Roof** | | |
| Roof1 | 31,480.88 | 67.63% |
| Area Subtotal: Roof | 31,480.88 | 67.63% |
| **Area: Interior** | | |
| Entry/Foyer | 2,171.33 | 4.66% |
| Hallway | 423.42 | 0.91% |
| Living Room | 2,229.40 | 4.79% |
| Area Subtotal: Interior | 4,824.15 | 10.36% |
| Dust Control | 1,484.78 | 3.19% |
| Packout | 2,107.86 | 4.53% |
| Labor Minimums Applied | 472.96 | 1.02% |
| **Subtotal of Areas** | **46,548.65** | **100.00%** |
| **Total** | **46,548.65** | **100.00%** |

SANCHEZ&CASTILLO

6/29/2020          Page: 10

## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

### Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| AWNINGS & PATIO COVERS | 672.00 | 1.09% |
| CONT: GARMENT & SOFT GOODS CLN | 1,237.53 | 2.01% |
| CLEANING | 887.08 | 1.44% |
| CONTENT MANIPULATION | 134.04 | 0.22% |
| CONT: PACKING,HANDLNG,STORAGE | 715.67 | 1.17% |
| GENERAL DEMOLITION | 6,003.34 | 9.77% |
| DRYWALL | 1,386.86 | 2.26% |
| ELECTRICAL | 179.57 | 0.29% |
| PERMITS AND FEES | 2,944.42 | 4.79% |
| FINISH CARPENTRY / TRIMWORK | 208.16 | 0.34% |
| FRAMING & ROUGH CARPENTRY | 1,014.10 | 1.65% |
| HAZARDOUS MATERIAL REMEDIATION | 927.73 | 1.51% |
| HEAT,  VENT & AIR CONDITIONING | 238.39 | 0.39% |
| LABOR ONLY | 2,000.00 | 3.26% |
| LIGHT FIXTURES | 118.23 | 0.19% |
| PAINTING | 4,853.17 | 7.90% |
| ROOFING | 21,265.98 | 34.63% |
| SOFFIT, FASCIA, & GUTTER | 594.44 | 0.97% |
| STUCCO & EXTERIOR PLASTER | 244.38 | 0.40% |
| WINDOW TREATMENT | 150.21 | 0.24% |
| WATER EXTRACTION & REMEDIATION | 773.35 | 1.26% |
| O&P Items Subtotal | 46,548.65 | 75.79% |
| Material Sales Tax | 670.32 | 1.09% |
| Overhead | 7,082.84 | 11.53% |
| Profit | 7,082.84 | 11.53% |
| Laundering Tax | 32.18 | 0.05% |
| Total | 61,416.83 | 100.00% |

### FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

1    Main Level - 1-P1150449
     Date Taken: 6/29/2020



2    Main Level - 2-P1150450
     Date Taken: 6/29/2020


     Front Elevation



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

3    Main Level - 3-P1150451
     Date Taken: 6/29/2020

     Left Elevation



4    Main Level - 4-P1150452
     Date Taken: 6/29/2020

     Left Elevation



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

5    Main Level - 5-P1150453
     Date Taken: 6/29/2020

     Right Elevation



6    Main Level - 6-P1150454
     Date Taken: 6/29/2020

     Rear Elevation



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

7   Roof/Roof1 - 7-P1150455
Date Taken: 6/29/2020

Overview of roof and all slopes



8   Roof/Roof1 - 8-P1150456
Date Taken: 6/29/2020

Overview of roof and all slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

9    Roof/Roof1 - 9-P1150457
     Date Taken: 6/29/2020

     Overview of roof and all slopes



10   Roof/Roof1 - 10-P1150458
     Date Taken: 6/29/2020

     Overview of roof and all slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

11   Roof/Roof1 - 11-P1150459
Date Taken: 6/29/2020

Overview of roof and all slopes



12   Roof/Roof1 - 12-P1150460
Date Taken: 6/29/2020

Overview of roof and all slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

13   Roof/Roof1 - 13-P1150461
Date Taken: 6/29/2020

Pipe Jack



14   Roof/Roof1 - 14-P1150462
Date Taken: 6/29/2020

Pipe Jack



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

15   Roof/Roof1 - 15-P1150463
Date Taken: 6/29/2020

Pipe Jack



16   Roof/Roof1 - 16-P1150464
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

17   Roof/Roof1 - 17-P1150465
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



18   Roof/Roof1 - 18-P1150466
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

19   Roof/Roof1 - 19-P1150467
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



20   Roof/Roof1 - 20-P1150468
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

21   Roof/Roof1 - 21-P1150469
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



22   Roof/Roof1 - 22-P1150470
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

23   Roof/Roof1 - 23-P1150471
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



24   Roof/Roof1 - 24-P1150472
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

25   Roof/Roof1 - 25-P1150473
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



26   Roof/Roof1 - 26-P1150474
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

27   Roof/Roof1 - 27-P1150475
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



28   Roof/Roof1 - 28-P1150476
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

29   Roof/Roof1 - 29-P1150477
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



30   Roof/Roof1 - 30-P1150478
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

31   Roof/Roof1 - 31-P1150479
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



32   Roof/Roof1 - 32-P1150480
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

33   Roof/Roof1 - 33-P1150481
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



34   Roof/Roof1 - 34-P1150482
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

35   Roof/Roof1 - 35-P1150483
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



36   Roof/Roof1 - 36-P1150484
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

37   Roof/Roof1 - 37-P1150485
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



38   Roof/Roof1 - 38-P1150486
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

39   Roof/Roof1 - 39-P1150487
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



40   Roof/Roof1 - 40-P1150488
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

41   Roof/Roof1 - 41-P1150489
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



42   Roof/Roof1 - 42-P1150490
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

43   Roof/Roof1 - 43-P1150491
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



44   Roof/Roof1 - 44-P1150492
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

45  Roof/Roof1 - 45-P1150493
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



46  Roof/Roof1 - 46-P1150494
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

47   Roof/Roof1 - 47-P1150495

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



48   Roof/Roof1 - 48-P1150496

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

49   Roof/Roof1 - 49-P1150497
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



50   Roof/Roof1 - 50-P1150498
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

51   Roof/Roof1 - 51-P1150499

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



52   Roof/Roof1 - 52-P1150500

Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

53   Roof/Roof1 - 53-P1150501
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



54   Roof/Roof1 - 54-P1150502
Date Taken: 6/29/2020

Observed lifted, cracked, and
damaged tiles to roof, ridge and all
slopes



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

55   Interior/Entry/Foyer - 63-
P1150511
Date Taken: 6/29/2020



56   Interior/Entry/Foyer - 64-
P1150512
Date Taken: 6/29/2020

Observed visible water damage to wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

57   Interior/Entry/Foyer - 69-
     P1150517
     Date Taken: 6/29/2020

     Observed high moisture reading on
     wall



58   Interior/Entry/Foyer - 70-
     P1150518
     Date Taken: 6/29/2020

     Observed high moisture reading on
     wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

59   Interior/Entry/Foyer - 71-
P1150519
Date Taken: 6/29/2020

Observed high moisture reading on
wall



60   Interior/Entry/Foyer - 72-
P1150520
Date Taken: 6/29/2020

Observed high moisture reading on
wall



# FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

61   Interior/Entry/Foyer - 74-
P1150522
Date Taken: 6/29/2020

Observed high moisture reading on
wall



62   Interior/Entry/Foyer - 75-
P1150523
Date Taken: 6/29/2020

Observed high moisture reading on
wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

63   Interior/Entry/Foyer - 76-
P1150524
Date Taken: 6/29/2020



64   Interior/Hallway - 86-P1150534
Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

65   Interior/Hallway - 87-P1150535
     Date Taken: 6/29/2020



66   Interior/Hallway - 88-P1150536
     Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

67   Interior/Hallway - 89-P1150537
     Date Taken: 6/29/2020



68   Interior/Living Room - 77-
     P1150525
     Date Taken: 6/29/2020



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

69   Interior/Living Room - 78-
     P1150526
     Date Taken: 6/29/2020



70   Interior/Living Room - 79-
     P1150527
     Date Taken: 6/29/2020



## FIVE STAR CLAIMS ADJUSTING

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

71   Interior/Living Room - 82-
P1150530
Date Taken: 6/29/2020

Observed visible water damage to wall



72   Interior/Living Room - 83-
P1150531
Date Taken: 6/29/2020

Observed visible water damage to wall



**FIVE STAR CLAIMS ADJUSTING**

1640 WEST OAKLAND PARK BLVD
SUITE 202
FORT LAUDERDALE, FL 33311

73    Interior/Living Room - 84-
      P1150532
      Date Taken: 6/29/2020

      Observed high moisture reading on
      wall





Entry/Foyer

Hallway

Living Room





F1(A)

Roof1

F2(B)

Roof2



N

Roof