

Contact Us  My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◄◄ BACK

**JENNIFER CASTILLO ET AL VS GEOVERA SPECIALTY INSURANCE COMPANY**

| | | | |
|---|---|---|---|
| Local Case Number: | 2020-022950-CA-01 | Filing Date: | 10/23/2020 |
| State Case Number: | 132020CA022950000001 | Judicial Section: | CA09 |
| Consolidated Case No.: | N/A | Case Type: | Insurance Claim |
| Case Status: | OPEN | | |

## 👥 Parties — Total Of Parties: 3

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | Castillo, Jennifer | B#: (Bar Number)1008053<br>N: (Attorney Name)Bucelo, Alexander L. | |
| Plaintiff | Sanchez, Alain | B#: (Bar Number)1008053<br>N: (Attorney Name)Bucelo, Alexander L. | |
| Defendant | GEOVERA SPECIALTY INSURANCE COMPANY | B#: (Bar Number)1018529<br>N: (Attorney Name)Dison, Haley L., ESQ | |

## ⚖ Hearing Details — Total Of Hearings: 0

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|

## 📡 Dockets — Total Of Dockets: 17

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 16 | 12/17/2020 | | Response to Request for Admissions | Event | |
| 📄 | 15 | 12/17/2020 | | Motion for Extension of Time | Event | Parties: Dison Haley L. ESQ; GEOVERA SPECIALTY INSURANCE COMPANY |
| 📄 | 14 | 12/10/2020 | | Notice of Interrogatory | Event | |
| 📄 | 13 | 12/10/2020 | | Request for Production | Event | |
| 📄 | 12 | 12/01/2020 | | Answer and Affirmative Defense | Event | **AMENDED**<br>Parties: Dison Haley L. ESQ; GEOVERA SPECIALTY INSURANCE COMPANY |
| 📄 | 11 | 11/23/2020 | | Answer and | Event | Parties: GEOVERA SPECIALTY INSURANCE COMPANY |

| Docket Entry | Number | Date | Book/Page | Affirmative Defense | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 10 | 11/06/2020 | | Notice of Appearance | Event | Parties: GEOVERA SPECIALTY INSURANCE COMPANY |
| | 9 | 10/28/2020 | | Receipt: | Event | RECEIPT#:2560190 AMT PAID:$10.00 NAME:BUCELO, ALEXANDER L. COLE, SCOTT & KISSANE, P.A. 9150 SOUTH DADELAND BL MIAMI FL 33256 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH |
| | | 10/27/2020 | | 20 Day Summons Issued | Service | |
| 📄 | 8 | 10/27/2020 | | ESummons 20 Day Issued | Event | Parties: GEOVERA SPECIALTY INSURANCE COMPANY |
| 📄 | 7 | 10/27/2020 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 6 | 10/27/2020 | | Receipt: | Event | RECEIPT#:2580062 AMT PAID:$401.00 NAME:BUCELO, ALEXANDER L. COLE, SCOTT & KISSANE, P.A. 9150 SOUTH DADELAND BL MIAMI FL 33256 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH |
| 📄 | 5 | 10/23/2020 | | Request for Production | Event | |
| 📄 | 4 | 10/23/2020 | | Request for Admissions | Event | |
| 📄 | 3 | 10/23/2020 | | Notice of Interrogatory | Event | |
| 📄 | 2 | 10/23/2020 | | Complaint | Event | |
| 📄 | 1 | 10/23/2020 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home



Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



# HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2021 Clerk of the Courts. All rights reserved.



